UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

NAYA Austin

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

-CR-    ( )( )
20 Cr. 626 (PMH)

Defendant ___Naya Austin___ hereby voluntarily consents to
participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

_x_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Naya Austin (by AEK, with
consent)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Naya Austin___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___Francis L. O'Reilly___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 12/1/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge