# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

January 6, 2021

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
> January 7, 2021

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains. NY 10601

Re: United States v. Naya Austin DK#20cr626(PMH)

Dear Judge Halpern:

    I am CJA counsel for Naya Austin in the above referenced case. I write to request approval for the appointment of Jane Ford Shaw, Esq., as associate counsel for the purpose of reviewing and summarizing discovery materials, and assisting the undersigned in the preparation of the case for trial. Attorney Shaw s an experienced counsel who has worked with me on numerous CJA matters in the District of Connecticut. Additionally, this is a RICO prosecution involving voluminous discovery including Title III applications, recording, and line sheets, as well as, cell phone extractions and social media extractions. Based upon the volume of discovery and anticipated legal research and motion practice, the appointment of associate counsel will result in significant savings to the Court. Lastly, Attorney Shaw's appointment is necessary for the effective representation of the indigent defendant and is consistent with the statutory authority for legal services in an appointed case. For all of the above reasons the undersigned respectfully requests the approval of associate counsel at the rate of $120.00 per hour, with the amount of the associate's hours set by Case Budgeting Attorney, Alan Nelson.

Very truly yours,

*/s/ Francis L. O'Reilly*

Francis L. O'Reilly