UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

      -against-

NAYA AUSTIN,

      Defendant.

------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:20-CR-00626-PMH

Defendant NAYA AUSTIN hereby voluntarily consents to participate in the following proceeding via X video conferencing or X teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_X__ Conference Before a Judicial Officer

/s/ Naya Austin

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Naya Austin
Print Defendant's Name

_____
Defendant's Counsel's Signature

Stephen G. McCarthy, Jr., Esq.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/17/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge