UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

BRANDON SOTO and NAYA AUSTIN,

                Defendants.
-----------------------------------------------------------X

ORDER

20-cr-626-PMH

      Defendants Brandon Soto and Naya Austin, their counsel, as well as counsel for the Government, appeared via telephone for a status conference and arraignment at 9:00 a.m. today. Defendants Soto and Austin were arraigned on the S6 Superseding Indictment filed on November 8, 2021.

      Defendants shall file their pretrial motions and opening brief by February 15, 2022; the Government shall file its brief in opposition by April 1, 2022; and Defendants shall file their reply by April 22, 2022. No adjournments of this motion schedule shall be granted absent good cause shown. This motion schedule shall be held in abeyance as to Defendant Soto pending a further order of this Court. A status conference for Defendant Soto only will be held on February 14, 2022 at 11:00 a.m.

      For any pretrial motion that addresses an issue common to these multiple Defendants (as well as the other individual defendants for whom conferences took place yesterday and are taking place this afternoon), Defendants' counsel is directed to meet and confer and to file a joint motion. The parties are directed to adhere to the following page limits for motions relating to common issues:

- Defendants' Joint Opening Brief: 25 pages
- Government's Opposition: 25 pages

- Defendants' Joint Reply: 10 pages

For any pretrial motion that address an issue that is unique to a particular Defendant, that Defendant may file an individual motion, and the parties are directed to adhere to the following page limits relating to individual motions:

- Defendant's Opening Brief: 5-10 pages

- Government's Opposition: 5-10 pages

- Defendant's Reply: 5 pages

The Government requested, with the consent of the defendants, that the time period from November 17, 2021 through and including April 22, 2022, be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). For the reasons set forth on the record, that application was granted.

Dated: White Plains, New York
       November 17, 2021

_____
Philip M. Halpern
United States District Judge